JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOSE GUTIERREZ, and ISABEL
GUTIERREZ,

           Plaintiffs,

    vs.

FORD MOTOR COMPANY; and
DOES 1 through 10, inclusive

           Defendant.

Case No.: 8:22-cv-01264-CJC-JDE

District Judge: Hon. Cormac J. Carney

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiffs JOSE GUTIERREZ, and ISABEL GUTIERREZ ("Plaintiffs") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on June 15, 2023.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $82,746.87 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date: August 21, 2023

_____
Hon. Cormac J. Carney
U.S. District Judge

**CC: FISCAL**